IN THE DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER LEE CORNELL,<br>Defendant. | Case No. 1:15-mj-00024 |

FILED
JOHN P. HEHMAN
CLERK

2015 JAN 14 PM 3:57

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Mary Ann Ranz (Official)     Date/Time: 1/14/2015 @ **3:30 PM**
United States Attorney: Tim Mangan
Defendant Attorney: Karen Savir (FPD)

*Initial Appearance:* [X] Complaint; [] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)(3) Proceedings
[X] Counsel present
[X] Defendant informed of his / her rights     [X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing **1/16/15 @ 1:30 PM**
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed. **(FPD)**

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to
_____

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set **1/22/15 @ 1:30 PM**
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses:

AUSA Exhibits: _____ Defendant Exhibits:

*Arraignment on* [ ] Indictment or [] Information or [ ] Misdemeanor Information:
Defendant waives reading []               Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] PSI ordered                            [ ] Sentencing set for _____
[ ] Case to proceed before

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.     [ ] Removed to _____
[ ] Probable Cause Found

Remarks: