AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

FILED
JOHN P. HERMAN
CLERK
2015 JAN 14 PM 3: 58
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:15-mj-00024 |
| ) | |
| CHRISTOPHER LEE CORNELL ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Potter Stewart Bldg.<br>100 E. 5th St.<br>Cincinnati, Ohio | Courtroom No.: 701 |
|---|---|---|
| | | Date and Time: 1/16/15 at 1:30 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 1/14/15

*Judge's signature*

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*