✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  OHIO

UNITED STATES OF AMERICA

V.

CHRISTOPHER LEE CORNELL

**NOTICE**

CASE NUMBER:  1:15-mj-00024

TYPE OF CASE:

☐ **CIVIL**    ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart United States Courthouse<br>100 East Fifth Street<br>Cincinnati, OH  45202 | Courtroom #5, Room 701 |
| | DATE AND TIME |
| | 1/22/2015 1:30 pm |

TYPE OF PROCEEDING

Preliminary Examination before Magistrate Judge Stephanie K Bowman.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JOHN P. HEHMAN, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/14/2015           s/Kevin Moser

DATE                  (BY) KEVIN MOSER, DEPUTY CLERK

TO: